818 A.2d 1284

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v. DANIEL D. RIVERA, DEFENDANT–RESPONDENT.

Argued March 18, 2003—Decided April 8, 2003.

*Hillary K. Horton,* Deputy Attorney General, argued the cause for appellant (*Peter C. Harvey,* Acting Attorney General of New Jersey, attorney; *Ms. Horton* and *James F. Smith,* Assistant Atlantic County Prosecutor, on the briefs).

*Bernadette N. DeCastro,* Acting Deputy Public Defender II, argued the cause for respondent (*Yvonne Smith Segars,* Public Defender, attorney).

*Mitchell E. Ignatoff,* argued the cause for *amicus curiae,* Association of Criminal Defense Lawyers of New Jersey.

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Weissbard's opinion of the Appellate Division, reported at 351 *N.J.Super.* 93, 797 *A.2d* 175 (2002).

*For affirming*—Chief Justice PORITZ and Justices COLEMAN, LONG, VERNIERO, LaVECCHIA, and ZAZZALI—6.

*Opposed*—None.